1  WILLIAM R. HILL, #114954
   rock@donahue.com
2  JOHN C. KIRKE, #175055
   johnk@donahue.com
3  ARIANA SELDMAN HAWBECKER, #190506
   ariana@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
6  P.O. Box 12979
   Oakland, California 94604-2979
7  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
8
   Attorneys for Plaintiff
9  ZAP

10               IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | ZAP, a California corporation,              | CASE NO. C 07 2689 MEJ

14 |         Plaintiff,                          | **REQUEST FOR REASSIGNMENT**

15 |     v.

16 | INTERNATIONAL MONETARY
   | GROUP, INC., a Delaware corporation;
17 | MICHAEL C. SCHER dba THE LAW
   | OFFICES OF MICHAEL C. SCHER; and
18 | DOES 1 through 10, inclusive.

19 |         Defendants.

20
21
22
23
24
25
26
27
28

# REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 30, 2007

DONAHUE GALLAGHER WOODS LLP

By: *William R. Hill* /s/
William R. Hill
Attorneys for Plaintiff
ZAP