| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>John C. Kirke<br>Donahue, Gallagher Woods LLP<br>300 Lakeside Drive<br>Suite 1900<br>Oakland, CA 91612-3570<br><br>TELEPHONE NO.: (510) 451-0544<br><br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| **COURT OF CALIFORNIA, COUNTY OF SONOMA** | |
| PLAINTIFF: ZAP, a California corporation<br>DEFENDANT: INTERNATIONAL MONETARY GROUP, INC., a Delaware corporation; MICHAEL C. SHER dba THE LAW OFFICES OF MICHAEL C. SHER; and DOES 1 through 10, inclusive, | CASE NUMBER:<br>SCV 240277 |
| **AMENDED PROOF OF SERVICE**<br>Monetary | Ref. No. or File No.:<br>Zap vs International |

1. I am over 18 years of age and not a party to this action.

2. Received by Rock Legal Services & Investigations Inc on 3/2/2007 at 10:00 am to be served on **International Monetary Group, Inc. William A. Fleck, Registered Agent For International Monet, 6650 West Indiantown Road, Suite 200, Jupiter, FL 33458.**

3. **CORPORATE:** served by delivering a true copy of the **Summons and Complaint for Declaratory Relief, Recission, and Damages, Notice of Assignment to One Judge for All Purposes; Notice of Case Management Conference, and Order to Show Cause, ADR Information Sheet, Stipulation and Order Referring Matter to Alternative Dispute Resolution, Blank Case Management Statement, Noticeof Selection as Mediator in Court-Connected Mediation and Notice-Sonoma County Superior Court Civil Division Pro Tem Judge Program** with the date and hour of service endorsed thereon by me, to: **Susan Czaplicki as Employee Authorized for International Monetary Group, Inc.**, at the address of: **6650 West Indiantown Road, Suite 200, Jupiter, FL 33458**, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service: 3/2/2007 at 3:10 pm

5. Additional Information pertaining to this service:

   Susan Czaplicki stated that she was authorized to accept service on behalf of the Registered Agent, William A. Fleck.
   Unsuccessful attempt was made to serve the Registered Agent between the hours of 10am - 12pm pursuant to Florida Statute 48.081(3)(a). The attempt was made on March 2, 2007 at 11:30 am.

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: .Martin Pierro
   Firm: Rock Legal Services & Investigations Inc
   Address: 809 North Dixie Highway, Suite 101, West Palm Beach, FL 33401
   Telephone number: (561) 296-7574
   Registration Number: Process Server #1114
   County: Martin Pierro
   The fee for the service was:

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| PLAINTIFF: ZAP, a California corporation<br>DEFENDANT: INTERNATIONAL MONETARY GROUP, INC., a Delaware corporation; MICHAEL C. SHER dba THE LAW OFFICES OF MICHAEL C. SHER; and DOES 1 through 10, inclusive, | CASE NUMBER:<br>SCV 240277 |

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
.Martin Pierro
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

PDF created with pdfFactory trial version www.pdffactory.com