1   WILLIAM R. HILL, #114954
    rock@donahue.com
2   JOHN C. KIRKE, #175055
    johnk@donahue.com
3   ARIANA SELDMAN HAWBECKER, #190506
    ariana@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
5   300 Lakeside Drive, Suite 1900
    Oakland, California 94612-3570
6   P.O. Box 12979
    Oakland, California 94604-2979
7   Telephone:    (510) 451-0544
    Facsimile:    (510) 832-1486
8
    Attorneys for Plaintiff
9   ZAP

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   ZAP, a California corporation,              CASE NO. C 07 2689 PJH

14                  Plaintiff,                   **DECLARATION OF WILLIAM R. HILL**
                                                 **IN SUPPORT OF MOTION FOR REMAND**
15          v.
                                                 Date:      July 25, 2007
16   INTERNATIONAL MONETARY                      Time:      9:00 a.m.
     GROUP, INC., a Delaware corporation;        Courtroom: 3, 17th Floor
17   MICHAEL C. SCHER dba THE LAW
     OFFICES OF MICHAEL C. SCHER; and
18   DOES 1 through 10, inclusive.

19                  Defendants.

20

21

22

23

24

25

26

27

28

1    I, William R. Hill, declare:

2    1.    I am an attorney licensed to practice before the State and Federal courts in
3    California and am a Partner at the law firm of Donahue Gallagher Woods LLP, counsel for
4    Plaintiff ZAP.

5    2.    ZAP filed its Complaint initiating this action in the Superior Court for the State of
6    California, County of Sonoma, on March 1, 2007.

7    3.    ZAP served defendant International Monetary Group, Inc. with a copy of the
8    Summons and Complaint on March 2, 2007. A true and correct copy of the Proof of Service is
9    attached hereto as Exhibit A.

10    4.    ZAP served defendant Michael C. S[c]her with a copy of the Summons and
11    Complaint on March 5, 2007. A true and correct copy of the Proof of Service is attached hereto
12    as Exhibit B.

13    5.    On March 8, 2007, I received a telephone call from Kevin H. Fabrikant, who said
14    that he had received a copy of the Complaint and would be representing both defendants in this
15    case. Later that day, Fabrikant sent me an email discussing an extension of time for defendants to
16    respond to the Complaint. True and correct copies of my email communications with Fabrikant
17    on March 8, 2007 are attached hereto as Exhibit C.

18    6.    On April 10, 2007, Fabrikant sent me a six-page letter discussing the merits of
19    ZAP's Complaint via facsimile. That letter also specifically addressed jurisdictional issues. On
20    that same date, Fabrikant also sent via facsimile papers he indicated would be filed with the
21    Sonoma County Superior Court. A true and correct copy of the second letter is attached hereto as
22    Exhibit D. The Verified Declaration of Kevin Fabrikant attached to the second April 10, 2007
23    letter indicates that he signed the declaration in support of his *pro hac vice* admission on March
24    30, 2007.

25    7.    On May 22, 2007, defendants filed with the Sonoma County Superior Court an
26    application for admission *pro hac vice* of Kevin Fabrikant and supporting declaration. Sonoma
27    County Superior Court judge Gary Nadler entered the order approving admission on May 29,
28    2007. True and correct copies of these papers are attached hereto as Exhibit E.

-1-

8.     Also on May 22, 2007 (the day after they filed their Notice of Removal), defendants filed a Motion to Quash Service of Summons or Dismiss Action for an Inconvenient Forum. Although ZAP was provided with a copy of that motion on May 8, 2007, ZAP was never provided with a file-stamped copy nor a notice of the hearing date. Only through contacting the state court on June 1, 2007 did we learn that the motion was filed after the Notice of Removal and set for hearing on June 13, 2007. In addition, on June 5, 2007 I received a facsimile from Fabrikant attaching defendants' Motion for Protective Order. The caption indicates that defendants have filed or intend to file this motion in Sonoma County Superior Court.

9.     Aside from formal service of process through a process server in Florida, we did not provide a copy of the Complaint to defendants until we provided an additional copy of the Complaint in electronic form to counsel on April 19, 2007 at his request.

10.     As of my signing of this declaration, ZAP had not been served with the Notice of Removal. Although Fabrikant sent me the first page of the document on May 24, 2007 via email, he did not serve us by any other means or with a full copy of the Notice of Removal. Although we received an e-filing notice of its filing, the associated document was not available via PACER. I informed counsel for International Monetary Group of the fact that we had not been served with the Notice of Removal and that it was untimely on May 25, 2007 but defendants refused to provide a copy or withdraw their Notice as untimely.

The foregoing is based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 14th day of June, 2007 at Oakland, California.

William R. Hill

-2-

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | *FOR COURT USE ONLY* |
|---|---|
| John C. Kirke<br>Donahue, Gallagher Woods LLP<br>300 Lakeside Drive<br>Suite 1900<br>Oakland, CA 91612-3570<br><br>TELEPHONE NO.: (510) 451-0544<br><br>ATTORNEY FOR: | |

| **COURT OF CALIFORNIA, COUNTY OF SONOMA** | |
|---|---|
| PLAINTIFF: ZAP, a California corporation | CASE NUMBER: |
| DEFENDANT: INTERNATIONAL MONETARY GROUP, INC., a Delaware<br>corporation; MICHAEL C. SHER dba THE LAW OFFICES OF<br>MICHAEL C. SHER; and DOES 1 through 10, inclusive, | SCV 240277 |
| **AMENDED PROOF OF SERVICE** | Ref. No. or File No.:<br>Zap vs International |

Monetary

1. I am over 18 years of age and not a party to this action.

2. Received by Rock Legal Services & Investigations Inc on 3/2/2007 at 10:00 am to be served on **International Monetary Group, Inc. William A. Fleck, Registered Agent For International Monet, 6650 West Indiantown Road, Suite 200, Jupiter, FL 33458.**

3. **CORPORATE:** served by delivering a true copy of the Summons and Complaint for Declaratory Relief, Recission, and **Damages, Notice of Assignment to One Judge for All Purposes; Notice of Case Management Conference, and Order to Show Cause, ADR Information Sheet, Stipulation and Order Referring Matter to Alternative Dispute Resolution, Blank Case Management Statement, Noticeof Selection as Mediator in Court-Connected Mediation and Notice-Sonoma County Superior Court Civil Division Pro Tem Judge Program** with the date and hour of service endorsed thereon by me, to: **Susan Czaplicki as Employee Authorized for International Monetary Group, Inc.,** at the address of: **6650 West Indiantown Road, Suite 200, Jupiter, FL 33458,** and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:  3/2/2007 at 3:10 pm

5. Additional Information pertaining to this service:

   Susan Czaplicki stated that she was authorized to accept service on behalf of the
   Registered Agent, William A. Fleck.
   Unsuccessful attempt was made to serve the Registered Agent between the hours of 10am –
   12pm pursuant to Florida Statute 48.081(3)(a). The attempt was made on March 2, 2007 at
   11:30 am.

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: .Martin Pierro
   Firm: Rock Legal Services & Investigations Inc
   Address: 809 North Dixie Highway, Suite 101, West Palm Beach, FL 33401
   Telephone number: (561) 296-7574
   Registration Number: Process Server #1114
   County: Martin Pierro
   The fee for the service was:

PDF created with pdfFactory trial version www.pdffactory.com

EXHIBIT A

| PLAINTIFF: ZAP, a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT: INTERNATIONAL MONETARY GROUP, INC., a Delaware corporation; MICHAEL C. SHER dba THE LAW OFFICES OF MICHAEL C. SHER; and DOES 1 through 10, inclusive, | SCV 240277 |

7.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

.Martin Pierro



(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)          (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

**AMENDED PROOF OF SERVICE**          Job Number 2007003619

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | *FOR COURT USE ONLY* |
|---|---|
| William Hill<br>Donahue, Gallagher Woods LLP<br>300 Lakeside Drive<br>Suite 1900<br>Oakland, CA 91612-3570<br><br>TELEPHONE NO.: (510) 451-0544<br><br>ATTORNEY FOR: | |
| **COURT OF CALIFORNIA, COUNTY OF SONOMA** | |

| PLAINTIFF: ZAP, a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT: INTERNATIONAL MONETARY GROUP, INC., a Delaware<br>corporation; MICHAEL C. SHER dba THE LAW OFFICES OF<br>MICHAEL C. SHER; and DOES 1 through 10, inclusive, | SCV 240277 |

| **PROOF OF SERVICE**<br>Monetary | Ref. No. or File No.:<br>Zap vs International |
|---|---|

1. I am over 18 years of age and not a party to this action.

2. Received by Rock Legal Services & Investigations Inc on 3/2/2007 at 12:00 pm to be served on **The Law Offices of Michael C. Sher Michael C. Sher International Monetary Group, Inc., Private Merchant Banking, 900 S US Highway One, Suite 108, Jupiter, FL 33477.**

3. **CORPORATE:** served by delivering a true copy of the **Summons and Complaint for Declaratory Relief, Recission, and Damages, Notice of Assignment to One Judge for All Purposes; Notice of Case Management Conference, and Order to Show Cause, ADR Information Sheet, Stipulation and Order Referring Matter to Alternative Dispute Resolution, Blank Case Management Statement, Notice of Selection as Mediator in Court-Connected Mediation and Notice-Sonoma County Superior Court Civil Division Pro Tem Judge Program** with the date and hour of service endorsed thereon by me, to: **M. Alersic** as CIO for Michael C. Sher, at the address of: **Private Merchant Banking, 900 S US Highway One, Suite 108, Jupiter, FL 33477,** and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:  3/5/2007 at 8:15 am

5. Military Status:  Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

6. My name, address, telephone number, and, if applicable, county of registration and number are:<br>Name: .Martin Pierro<br>Firm: Rock Legal Services & Investigations Inc<br>Address: 809 North Dixie Highway, Suite 101, West Palm Beach, FL 33401<br>Telephone number: (561) 296-7574<br>Registration Number: Process Server #1114<br>County: Martin Pierro<br>The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

---

| .Martin Pierro |  |
|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

Page 1 of 1

**PROOF OF SERVICE**          Job Number 2007003620



# EXHIBIT C

## Pam Trempel - RE: ZAP v. IMG

| | |
|---|---|
| **From:** | "Kevin H. Fabrikant" <khf@khflaw.com> |
| **To:** | "Rock Hill" <Rock@donahue.com> |
| **Date:** | 3/8/2007 10:11 AM |
| **Subject:** | RE: ZAP v. IMG |

Rock

5-7 is good.   Thank you.
Kevin
Law Offices of Kevin H. Fabrikant & Assoc., P.L.
Regions Bank Building
450 North Park Road
Suite 300
Hollywood, Florida 33021
Tel (954) 966-0881, Ext. 205
   (305) 249-2001
Fax (954) 966-0886
   (305) 249-2005
www.KHFlaw.com
email: KHF@KHFlaw.com

Assistant:
  Yami Marquez
  YamiM@KHFLaw.com
  (954) 966-0881, Ext. 204
  (305) 249-2001

**From:** Rock Hill [mailto:Rock@donahue.com]
**Sent:** Thursday, March 08, 2007 1:02 PM
**To:** Kevin H. Fabrikant
**Subject:** RE: ZAP v. IMG

Kevin:

    Agreed. Mr. Sher and IMG can have an additional 30 days in which to respond to the Complaint in this matter. For the sake of convenience, shall we make the last day for both to respond 5/7? As I mentioned in our telephone conversation, the court won't have a problem with a 30 day extension; if we are making progress toward settlement and we want to extend further, we may need a stipulation and order.

Rock

William R. Hill, Esq.
Donahue Gallagher Woods  LLP
300 Lakeside Dr., Suite 1900
Oakland, California  94612
Rock@donahue.com | www.donahue.com
Tel:  510-451-0544  |  Fax:  510-832-1486
-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-

The information contained in this e-mail and attachment(s), if any, is legally protected pursuant to the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., inter alia, and may contain privileged and confidential

EXHIBIT 

information. This communication is intended only for the use of each individual named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of this e-mail is prohibited. There is and shall be no waiver of any privilege or confidence by your receipt of this transmission. If you received this e-mail in error, please immediately notify us by e-mail or collect telephone call.

>>> "Kevin H. Fabrikant" <khf@khflaw.com> 3/8/2007 10:08 AM >>>
Mr. Hill

Below is my contact information. We discussed your providing the Defendants with a 30 day extension to respond to the Complaint. Thank you, and I will send you a letter regarding issues my clients have with the complaint with the hope that we can amicably and expeditiously resolve this action.
Kevin
Law Offices of Kevin H. Fabrikant & Assoc., P.L.
Regions Bank Building
450 North Park Road
Suite 300
Hollywood, Florida 33021
Tel (954) 966-0881, Ext. 205
     (305) 249-2001
Fax (954) 966-0886
     (305) 249-2005
www.KHFlaw.com
email: KHF@KHFlaw.com

Assistant:
   Yami Marquez
   YamiM@KHFLaw.com
   (954) 966-0881, Ext. 204
   (305) 249-2001

# EXHIBIT D

Attorneys and Counselors At Law

*Regions Bank Building*
*450 North Park Road*
*Suite 300*
*Hollywood, Fl. 33021*

*www.KHFLaw.com*

*Kevin H. Fabrikant, Esq*
*Office Extension 205*
*KHF@KHFlaw.com*

Josef Fiala, J.D.
Randy Rosa, J.D.
Michael R. Fabrikant, J.D., L.L.M.,
Of Counsel

**Miami-Dade**
*Telephone (305) 249-2001*
*Facsimile (305) 249-2005*
**Ft. Lauderdale-Broward**
*Telephone (954) 966-0881*
*Facsimile (9545)966-0886*

Offices in:
Miami * Ft. Lauderdale * Orlando

April 10, 2007

## *Via U.S. Mail and Facsimile (510) 832-1486*

Mr. William R. Hill
Donahue, Gallagher Woods, LLP
300 Lakeside Drive
Suite 1900
Oakland, CA 94612

### RE:  ZAP v. IMG/SCHER
### CASE NO.: SCV 24-277

Dear Mr. Hill:

Please find enclosed our *Pro Hoc Vice* papers that have been forwarded to the Court. Also, we filed an Agreed Motion for Extension of Time to Respond to the Complaint per our agreement. It states that the Defendants shall have until May 7, 2007 to respond to the Complaint as we stipulated to. We are sending to the Judge an order granting same, and will send a copy to you. Thank you.

Very truly yours,

KEVIN H. FABRIKANT, ESQ.

KHF.ym
Enc/

LAW OFFICES OF KEVIN H. FABRIKANT & Associates., P.L.   Miami   Fort Lauderdale   Orlando
Regions Bank Building, 450 North Park Road, Suite 300, Hollywood, FL 33021   Tel. (954) 998-0881  Fax (954) 966-0886

EXHIBIT

1

2   TRENT J. THORNLEY, ESQ., SBN 184402
    LAW OFFICE OF TRENT J. THORNLEY
3   345 Franklin Street, Suite 103
    San Francisco, California 94102
4   Tel: (415) 437-9100
5   Fax:(415) 358-5929

6   KEVIN H. FABRIKANT, ESQ., FL Bar No.: 0170070
    Appearing Through Application for *Pro Hac Vice* / pending
7   LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
    450 NORTH PARK ROAD, SUITE 300
8   HOLLYWOOD, FLORIDA 33021
9   Tel: (954) 966-0881
    Fax: (954) 966-0886

10
    Attorney for Defendants
11
12              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
                            COUNTY OF SONOMA
13

14  ZAP, a California Corporation,           )  Case No.:  SCV 240277
                                             )
15              Plaintiff,                    )  **DEFENDANTS INTERNATIONAL**
                                             )  **MONETARY GROUP, INC., A Delaware**
16         vs.                               )  **Corporation; and MICHAEL C. SCHER d/b/**
                                             )  **THE LAW OFFICES OF MICHAEL C.**
17  INTERNATIONAL MONETARY GROUP, INC.,      )  **SCHER'S  DECLARATION FOR ORDER**
18  a Delaware Corporation; and MICHAEL C.   )  **GRANTING APPLICATION FOR *PRO HAC***
    SCHER d/b/a THE LAW OFFICES OF           )  **VICE TO ADMIT KEVIN H. FABRIKANT /**
19  MICHAEL C. SCHER,                        )  **COUNSEL FOR DEFENDANTS**
                                             )  **INTERNATIONAL MONETARY GROUP,**
20              Defendants.                   )  **INC., and MICHAEL C. SCHER**
                                             )
21                                           )
                                             )
22                                           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26

27              I, Trent Thornley, declare and state as follows:

1.  I am an attorney duly licensed to practice before all courts of the State of California.

2.  I am a solo-practicing attorney with the Law Office of Trent J. Thornley, and am attorney of record for Defendants for the above-entitled action.

3.  This Declaration is made in support of Defendants' International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher's, Application for Order Granting their Application for *Pro Hac Vice* to Admit Kevin H. Fabrikant, Esq. as Counsel For Defendants International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher.

4.  I have personal knowledge of the matter set forth in this Declaration, except for those matters that are stated on information and belief, which matters I believe to be true, and if called upon to testify, would testify competently thereto. My personal knowledge is based upon my office's representation of the Defendants, International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher.

5.  The State Bar of California will be served with this application and will be paid the $50.00 fee for Mr. Fabrikant's Application. A copy of the check to be sent to the State Bar of California is attached hereto, marked Exhibit "A" and incorporated herein by reference.

6.  Defendants first response includes a motion to dismiss as this Action is brought in the wrong state based upon the contract between the parties that stipulates that any action between the parties be brought solely in the State of Florida, that California does not have jurisdiction over the parties, and under grounds of *Forum Non Conveniens*.

I declare under perjury under the laws of the State of California that the foregoing is true and correct. Executed this **5** day of ~~March~~ *Apr.1* 2007 at **San Francis** California.

TRENT J. THORNLEY

TRENT J. THORNLEY, ESQ., SBN 184402
LAW OFFICE OF TRENT J. THORNLEY
345 Franklin Street, Suite 103
San Francisco, California 94102
Tel: (415) 437-9100
Fax:(415) 358-5929

KEVIN H. FABRIKANT, ESQ., FL Bar No.: 0170070
Appearing Through Application for *Pro Hac Vice* / pending
LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
450 NORTH PARK ROAD, SUITE 300
HOLLYWOOD, FLORIDA 33021
Tel: (954) 966-0881
Fax: (954) 966-0886

Attorney for Defendant

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SONOMA

| | |
|---|---|
| ZAP, a California Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INTERNATIONAL MONETARY GROUP,<br>INC., a Delaware Corporation; and MICHAEL C.<br>SCHER d/b/a THE LAW OFFICES OF<br>MICHAEL C. SCHER,<br><br>                    Defendants. | Case No.:  SCV 240277<br><br>**APPLICATION OF DEFENDANTS INTERNATIONAL MONETARY GROUP, INC., A Delaware Corporation; and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S FOR ORDER GRANTING PRO HAC VICE ADMISSION OF KEVIN H. FABRIKANT AS COUNSEL FOR DEFENDANTS INTERNATIONAL MONETARY GROUP, INC., A Delaware Corporation; and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER** |

Defendants INTERNATIONAL MONETARY GROUP, INC., and MICHAEL C.

SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER, (the "Defendants") hereby submit this Application for an order granting the Defendants' Application for *Pro Hace Vice* to admit Kevin H. Fabrikant as counsel for the Defendants on the grounds that the Defendants' Application is in compliance with Rule 983, California Rules of Court, and Plaintiff will serve the State Bar with the Defendants' Application and submit the requisite $50 to the State Bar as required by Rule 983, California Rules of Court. The Defendants' Application is based upon this Application for *Pro Hac Vice.*

## APPLICATION FOR ORDER GRANTING THE DEFENDANTS' APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL

MEMORANDUM OF POINTS AND AUTHORITIES

### I.    KEVIN H. FABRIKANT MEETS THE REQUIREMENTS TO APPEAR AS COUNSEL *PRO HAC VICE* FOR THE DEFENDANTS IN THIS MATTER

Rule 983 of the California Rules of Court provides for admission of out-of-state counsel to appear before this Court *Pro Hac Vice* upon written application. That rule states in pertinent part:

> A person who is not a member of the State Bar of California but who is a member in good standing of and eligible to practice before the bar of any United States court or the highest court in any state, territory or insular possession of the United States, and who has been retained to appear in a particular cause pending in a court of this state, may in the discretion of such court be permitted upon written application to appear as counsel *pro hac vice*, provided that an active member of the State Bar of California is associated as attorney of record. No person is eligible to appear as counsel *pro hac vice* pursuant to this rule if (1) he is a resident of the State of California, or (2) he is regularly employed in the State of California, or (3) he is regularly engaged in substantial business, professional, or other activities in the State of California. (Cal. Rules of Court, Rule 983, subd. (a).)

As set forth in the attached Affidavit of Kevin H. Fabrikant, Mr. Fabrikant has fulfilled all

requirements set forth in the California Rules of Court for *pro hac vice* admission.

Mr. Fabrikant is counsel for the Law Offices of Kevin H. Fabrikant & Assoc., P.L. He is a member of good standing of the State Bar of Florida. He is not a resident of California. Mr. Fabrikant is not regularly employed or regularly engaged in substantial business, professional, or other activities in the State of California.

Kevin H. Fabrikant will associate with Trent J. Thornley. Mr. Thornley is an active member of the State Bar of California and shall have entered his notice of appearance for the Defendants.

## II.    CONCLUSION

For all the foregoing reasons, the Defendants respectfully request that the Application of Kevin H. Fabrikant to appear as counsel *pro hac vice* on behalf of INTERNATIONAL MONETARY GROUP, INC and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER be granted.

DATED: ~~March~~ *April* 5 , 2007.

By: _____
Trent J. Thornley, Esq.
Attorney for the Defendants

## VERIFIED APPLICATION OF KEVIN H. FABRIKANT

I, Kevin H. Fabrikant, hereby declare and state as follows:

1.  I hereby request leave of this Court to appear as counsel *pro hac vice* for defendants INTERNATIONAL MONETARY GROUP, INC., and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER. I have been retained to appear in association with the Law Office Trent J. Thornley, 345 Franklin Street, Suite 103, San Francisco, California 94102, who is attorney of record in this action for Defendants. I have personal knowledge of the matter set forth herein, and if called upon to do so, would testify competently thereto.

2.  I am counsel at the Law Offices of Kevin H. Fabrikant & Associates, P.L., a Florida law firm, and have been retained on behalf of the Defendants in this Action. My office address is Regions Bank Building, 450 North Park Road, Suite 300, Hollywood, FL 33021.

3.  I was admitted to the State Bar of Florida in July of 1999. I am a member in good standing and eligible to practice before all courts in the State of Florida. I am also admitted into the United States District Court, Southern District of Florida, the Middle District of Florida, and the Northern District of Florida, as well as the Circuit Court of Appeals for said Districts.

5.  I am not a resident of California, nor am I regularly employed or regularly engaged in substantial business, professional, or other activities in the State of California.

6.  I am not currently suspended or disbarred by any Court, nor have I been in the past.

7.  I was admitted once as counsel *Pro Hac Vice* in the Superior Court of California, for the County of San Francisco, in July of 2005.

8.  If admitted as counsel *pro hac vice*, I would associate with Trent J. Thornley of the

Law Office of Trent J. Thornley, attorney of record for the Defendants.

     I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. Executed this _____ day of March, 2007 at Broward County, State of Florida.

KEVIN H. FABRIKANT, ESQ.

TRENT J. THORNLEY, ESQ., SBN 184402
LAW OFFICE OF TRENT J. THORNLEY
345 Franklin Street, Suite 103
San Francisco, California 94102
Tel: (415) 437-9100
Fax:(415) 358-5929

KEVIN H. FABRIKANT, ESQ., FL Bar No.: 0170070
Appearing Through Application for *Pro Hac Vice* / pending
LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
450 NORTH PARK ROAD, SUITE 300
HOLLYWOOD, FLORIDA 33021
Tel: (954) 966-0881
Fax: (954) 966-0886

Attorneys for Defendant

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SONOMA

| | |
|---|---|
| ZAP, a California Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MONETARY GROUP, INC.,<br>a Delaware Corporation; and MICHAEL C.<br>SCHER d/b/a THE LAW OFFICES OF<br>MICHAEL C. SCHER,<br><br>            Defendants. | Case No.: SCV 240277<br><br>**DEFENDANTS INTERNATIONAL MONETARY GROUP, INC., A Delaware Corporation; and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

International Monetary Group, Inc. (hereinafter "IMG") and The Law Offices of Michael C. Scher (hereinafter "Scher") (IMG and Scher are sometimes collectively referred to as the "Defendants"), by and through the undersigned counsel, file this Motion for an Enlargement of Time to Respond to Plaintiff's Complaint sent on March 1, 2007, which was sent via fax to Plaintiff's counsel, and state as follows:

1.     On March 2, 2007, the undersigned received Plaintiff's Complaint for Declaratory Relief, Rescission, and Damages, sent via facsimile.

2.     The parties in the above captioned case are attempting to come to settlement terms in order to avoid the costly and time-consuming litigation process. Counsel for both parties are in communication and have no objection to the Court's order for an enlargement of time. Counsel for the Plaintiff has agreed to an extension for Defendants to respond to the Complaint. Such order would save the Court valuable time and perhaps permit a settlement to be reached before the parties have to spend precious time and money on litigation costs and fees.

3.     Accordingly, upon the agreement of counsel for the respective parties respectfully request that the time deadline to submit the Response to Plaintiff's Complaint be extended until May 7, 2007 so the Defendants can attempt to avoid litigation and adequately research the claims brought against the Defendants.

4.     Defendants first response would include a motion to dismiss as this Action is brought in the wrong state based upon the contract between the parties that stipulates that any action between the parties be brought solely in the State of Florida, that California does not have jurisdiction over the Defendants, and under grounds of *Forum Non Conveniens*.

WHEREFORE, Defendants respectfully request this Honorable Court extend the time period for the Defendants to respond to the Plaintiff's Complaint to May 7, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and facsimile this _3/_ day of March 2007 to counsel for the Plaintiff, William R. Hill, Esq., Donahue, Gallagher, Woods, LLP, 300 Lakeside Drive, Suite 1900, Oakland, CA 94612-3570, PO BOX 12979, Oakland, CA, 94604-2979.


RESPECTFULLY SUBMITTED

Law Offices of Kevin H. Fabrikant & Assoc. P.L.
450 North Park Road, Suite 300
Hollywood, FL 33021
Tel (954) 966-0881
Fax (954) 966-0886

BY: _____
KEVIN H. FABRIKANT, ESQ., FBN 0170070
Appearing through *Pro Hac Vice*

and

Law Office of Trent J. Thornley
345 Franklin Street, Suite 103
San Francisco, CA 94102
Tel (415) 437-9100
Fax (415) 358-5929

Attorneys and Counselors At Law

12000 Biscayne Boulevard
Suite 609
North Miami Beach, FL 33181
www.KHFlaw.com

Kevin H. Fabrikant, Esq.
Office Extension 126
KHF@KHFlaw.com

Miguel Armenteros, CPA, J.D.
Michael R. Fabrikant, J.D., L.L.M.,
Of Counsel

*Miami-Dade*
Telephone (954)966-0881
Fucsimile (305)966-0086
**Ft. Lauderdale-Broward**
Telephone (954) 463-6570

Offices in:
Miami • Ft. Lauderdale • Orlando

**RECEIVED**

APR 1 0 2007

A.S.H.

RECEIVED

APR 1 9 2007

W R H.

# FAX COVER SHEET

(Personal and Confidential)

DATE:            April, 10 2007

TO:              Attn: Mr. William R. Hill

TO FAX NO:       **(510) 832-1486**

FROM:            Kevin H. Fabrikant, Esq.

NUMBER OF PAGES  12  (including Fax Cover Sheet)

RE:  **ZAP v. IMG/SCHER**
     **CASE NO.: SCV 24-277**

**RECEIVED**

APR 1 0 2007

**OAKLAND MAILROOM**

========================================================

This fax is intended for the named person above and their authorized representative(s) only. The information contained herein is **personal and confidential** and may be subject to the Attorney-Client Privilege. If you have received this fax in error, please promptly notify this office at (305) 249-2001.

# EXHIBIT E

1

2    TRENT J. THORNLEY, ESQ., SBN 184402
     LAW OFFICE OF TRENT J. THORNLEY
3    345 Franklin Street, Suite 103
     San Francisco, California 94102
4    Tel: (415) 437-9100
     Fax:(415) 358-5929
5

6    KEVIN H. FABRIKANT, ESQ., FL Bar No.: 0170070
     Appearing Through Application for *Pro Hac Vice* / pending
7    LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
     450 NORTH PARK ROAD, SUITE 300
8    HOLLYWOOD, FLORIDA 33021
     Tel: (954) 966-0881
9    Fax: (954) 966-0886
10

11   Attorney for Defendant

12              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
13                          COUNTY OF SONOMA

14   ZAP, a California Corporation,                )   Case No.:  SCV 240277
15                                                 )
                    Plaintiff,                     )   **APPLICATION OF DEFENDANTS**
16                                                 )   **INTERNATIONAL MONETARY GROUP,**
                                                   )   **INC., A Delaware Corporation; and**
17          vs.                                    )   **MICHAEL C. SCHER d/b/a THE LAW**
                                                   )   **OFFICES OF MICHAEL C. SCHER'S FOR**
18   INTERNATIONAL MONETARY GROUP,                 )   **ORDER GRANTING PRO HAC VICE**
     INC., a Delaware Corporation; and MICHAEL C.  )   **ADMISSION OF KEVIN H. FABRIKANT AS**
19   SCHER d/b/a THE LAW OFFICES OF                )   **COUNSEL FOR DEFENDANTS**
     MICHAEL C. SCHER,                             )   **INTERNATIONAL MONETARY GROUP,**
20                                                 )   **INC., A Delaware Corporation; and**
                                                   )   **MICHAEL C. SCHER d/b/a THE LAW**
21                  Defendants.                    )   **OFFICES OF MICHAEL C. SCHER**
22                                                 )
                                                   )
23                                                 )
                                                   )
24                                                 )
                                                   )
25                                                 )
                                                   )
26   ⌐─────────────────────────────               )
27

           Defendants INTERNATIONAL MONETARY GROUP, INC., and MICHAEL C. SCHER

DEFENDANTS INTERNATIONAL MONETARY GROUP INC., A DELAWARE CORPORATION AND MICHAEL C. SCHER
d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S APPLICATION FOR PRO HAC VICE
1

EXHIBIT

---

Right margin endorsement:

**ENDORSED**
**FILED**
**MAY 2 2 2007**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1

2   d/b/a THE LAW OFFICES OF MICHAEL C. SCHER. (the "Defendants") hereby submit this

3   Application for an order granting the Defendants' Application for *Pro Hace Vice* to admit Kevin H.

4   Fabrikant as counsel for the Defendants on the grounds that the Defendants' Application is in

5   compliance with Rule 983, California Rules of Court, and Plaintiff will serve the State Bar with the

6   Defendants' Application and submit the requisite $50 to the State Bar as required by Rule 983,

7   California Rules of Court. The Defendants' Application is based upon this Application for *Pro Hac*

8   *Vice.*

9

10  **APPLICATION FOR ORDER GRANTING THE DEFENDANTS' APPLICATION FOR**
    **PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL**

11  MEMORANDUM OF POINTS AND AUTHORITIES

12

13  **I.    KEVIN H. FABRIKANT MEETS THE REQUIREMENTS TO APPEAR AS**
    **COUNSEL *PRO HAC VICE* FOR THE DEFENDANTS IN THIS MATTER**

14

15        Rule 983 of the California Rules of Court provides for admission of out-of-state counsel

16  to appear before this Court *Pro Hac Vice* upon written application.  That rule states in pertinent

17  part:

18        A person who is not a member of the State Bar of California but who is a member in
          good standing of and eligible to practice before the bar of any United States court or
19        the highest court in any state, territory or insular possession of the United States, and
          who has been retained to appear in a particular cause pending in a court of this state,
20        may in the discretion of such court be permitted upon written application to appear as
          counsel *pro hac vice*, provided that an active member of the State Bar of California is
21        associated as attorney of record. No person is eligible to appear as counsel *pro hac vice*
          pursuant to this rule if (1) he is a resident of the State of California, or (2) he is
22        regularly employed in the State of California, or (3) he is regularly engaged in
          substantial business, professional, or other activities in the State of California. (Cal.
23        Rules of Court, Rule 983, subd. (a).)

24

25        As set forth in the attached Affidavit of Kevin H. Fabrikant, Mr. Fabrikant has fulfilled all

26
    DEFENDANTS INTERNATIONAL MONETARY GROUP INC., A DELAWARE CORPORATION AND MICHAEL C.
27      SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S APPLICATION FOR PRO HAC VICE

                                              2

1
2    requirements set forth in the California Rules of Court for *pro hac vice* admission.
3            Mr. Fabrikant is counsel for the Law Offices of Kevin H. Fabrikant & Assoc., P.L.  He is a
4    member of good standing of the State Bar of Florida.  He is not a resident of California.  Mr.
5    Fabrikant is not regularly employed or regularly engaged in substantial business, professional, or
6    other activities in the State of California.
7            Kevin H. Fabrikant will associate with Trent J. Thornley.  Mr. Thornley is an active
8    member of the State Bar of California and shall have entered his notice of appearance for the
9    Defendants.
10
11   **II.    CONCLUSION**
12           For all the foregoing reasons, the Defendants respectfully request that the Application of
13   Kevin H. Fabrikant to appear as counsel *pro hac vice* on behalf of INTERNATIONAL
14   MONETARY GROUP, INC and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF
15   MICHAEL C. SCHER be granted.
16
17   DATED: _____, 2007.
18
19                                          By: _____
20                                              Trent J. Thornley, Esq.
                                                Attorney for the Defendants
21
22
23
24
25
26   DEFENDANTS INTERNATIONAL MONETARY GROUP INC., A DELAWARE CORPORATION AND MICHAEL C.
27         SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S APPLICATION FOR PRO HAC VICE
                                                3

## VERIFIED APPLICATION OF KEVIN H. FABRIKANT

I, Kevin H. Fabrikant, hereby declare and state as follows:

1.      I hereby request leave of this Court to appear as counsel *pro hac vice* for defendants INTERNATIONAL MONETARY GROUP, INC., and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER. I have been retained to appear in association with the Law Office Trent J. Thornley, 345 Franklin Street, Suite 103, San Francisco, California 94102, who is attorney of record in this action for Defendants. I have personal knowledge of the matter set forth herein, and if called upon to do so, would testify competently thereto.

2.      I am counsel at the Law Offices of Kevin H. Fabrikant & Associates, P.L., a Florida law firm, and have been retained on behalf of the Defendants in this Action. My office address is Regions Bank Building, 450 North Park Road, Suite 300, Hollywood, FL 33021.

3.      I was admitted to the State Bar of Florida in July of 1999. I am a member in good standing and eligible to practice before all courts in the State of Florida. I am also admitted into the United States District Court, Southern District of Florida, the Middle District of Florida, and the Northern District of Florida, as well as the Circuit Court of Appeals for said Districts.

5.      I am not a resident of California, nor am I regularly employed or regularly engaged in substantial business, professional, or other activities in the State of California.

6.      I am not currently suspended or disbarred by any Court, nor have I been in the past.

7.      I was admitted once as counsel *Pro Hac Vice* in the Superior Court of California, for the County of San Francisco, in July of 2005.

8.      If admitted as counsel *pro hac vice*, I would associate with Trent J. Thornley of the Law Office of Trent J. Thornley, attorney of record for the Defendants.

1

2

3      I declare under penalty of perjury under the laws of the State of Florida that the foregoing is

4  true and correct. Executed this _____ day of May, 2007 at Broward County, State of Florida.

5

6                                                        _____

7                                                        KEVIN H. FABRIKANT, ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business mailing address is 345 Franklin Street, Suite 103, San Francisco, California 94102.

On __MAY 2 1 2007__ , I served the following documents:

1. NOTICE OF HEARING RE: DEFENDANTS INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER, APPLICATION FOR ORDER GRANTING APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER.
2. APPLICATION OF DEFENDANTS INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER FOR ORDER GRANTING APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER; DECLARATION OF KEVIN H. FABRIKANT;
3. DECLARATION OF TRENT J. THORNLEY IN SUPPORT OF DEFENDANTS INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER APPLICATION FOR ORDER GRANTING APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR R INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER; &
4. [PROPOSED] ORDER GRANTING APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER

on the interested parties in this action by placing a true and correct copy thereof in (a) sealed envelope(s) addressed to:

WILLIAM R. HILL, ESQ.
DONAHUE, GALLAGHER, WOODS, LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612-3570

[Attorney for Plaintiff ZAP]

KEVIN H. FABRIKANT, ESQ.
(Pro Hac Vice Pending)
LAW OFFICES OF KEVIN H.
FABRIKANT & ASSOC. P.L.
450 North Park Road, Suite 300
Hollywood, Florida 33021
Fax: (954) 966-0886

[Attorneys for Defs. INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER]

STATE BAR OF CALIFORINA
Office of Certification
180 Howard Street
San Francisco, CA 94105

1    __XX_ (BY MAIL) I caused said envelope(s) with first-class postage prepaid to be placed in the U.S. Mail at San Francisco, California.  I am aware that on motion of the party served, service is presumed

2    invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

3    _____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand.

4

5    _____ (BY FACSIMILE SERVICE) I caused the above contents to be faxed to the interested parties at the fax number(s) listed above.  My fax machine reported that the fax was successful.

6    I declare that I am a member of the Bar of the State of California and of this Court.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that

7    this Proof of Service was executed on April 2, 2007 in San Francisco.

8

9                                        Trent J. Thornley, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRENT J. THORNLEY, ESQ., SBN 184402
LAW OFFICE OF TRENT J. THORNLEY
345 Franklin Street, Suite 103
San Francisco, California 94102
Tel: (415) 437-9100
Fax:(415) 358-5929

KEVIN H. FABRIKANT, ESQ., FL Bar No.: 0170070
Appearing Through Application for *Pro Hac Vice* / pending
LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
450 NORTH PARK ROAD, SUITE 300
HOLLYWOOD, FLORIDA 33021
Tel: (954) 966-0881
Fax: (954) 966-0886

Attorney for Defendants

**ENDORSED
FILED**

**MAY 2 2 2007**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SONOMA

| | |
|---|---|
| ZAP, a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL MONETARY GROUP, INC.,<br>a Delaware Corporation; and MICHAEL C.<br>SCHER d/b/a THE LAW OFFICES OF<br>MICHAEL C. SCHER,<br><br>    Defendants. | Case No.: SCV 240277<br><br>**DEFENDANTS INTERNATIONAL<br>MONETARY GROUP, INC., A Delaware<br>Corporation; and MICHAEL C. SCHER d/b/a<br>THE LAW OFFICES OF MICHAEL C.<br>SCHER'S  DECLARATION FOR ORDER<br>GRANTING APPLICATION FOR *PRO HAC<br>VICE* TO ADMIT KEVIN H. FABRIKANT AS<br>COUNSEL FOR DEFENDANTS<br>INTERNATIONAL MONETARY GROUP,<br>INC., and MICHAEL C. SCHER** |

I, Trent Thornley, declare and state as follows:

DEFENDANTS INTERNATIONAL MONETARY GROUP INC., A DELAWARE CORPORATION AND MICHAEL C. SCHER
d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S DECLARATION FOR ORDER GRANTING PRO HAC VICE TO
ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR DEFENDANTS

1

1.  I am an attorney duly licensed to practice before all courts of the State of California.

2.  I am a solo-practicing attorney with the Law Office of Trent J. Thornley, and am attorney of record for Defendants for the above-entitled action.

3.  This Declaration is made in support of Defendants' International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher's, Application for Order Granting their Application for *Pro Hac Vice* to Admit Kevin H. Fabrikant, Esq. as Counsel For Defendants International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher.

4.  I have personal knowledge of the matter set forth in this Declaration, except for those matters that are stated on information and belief, which matters I believe to be true, and if called upon to testify, would testify competently thereto. My personal knowledge is based upon my office's representation of the Defendants, International Monetary Group, Inc. and Michael C. Scher d/b/a The Law Offices of Michael C. Scher.

5.  The State Bar of California will be served with this application and will be paid the $50.00 fee for Mr. Fabrikant's Application. A copy of the check to be sent to the State Bar of California is attached hereto, marked Exhibit "A" and incorporated herein by reference.

6.  Defendants first response includes a motion to dismiss as this Action is brought in the wrong state based upon the contract between the parties that stipulates that any action between the parties be brought solely in the State of Florida, that California does not have jurisdiction over the parties, and under grounds of *Forum Non Conveniens*.

I declare under perjury under the laws of the State of California that the foregoing is true and correct. Executed this _17_ day of May 2007 at S̲n̲ ̲F̲r̲a̲n̲c̲i̲s̲c̲o̲ , California.

T. J. for
————————————————
TRENT J. THORNLEY

DEFENDANTS INTERNATIONAL MONETARY GROUP INC., A DELAWARE CORPORATION AND MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER'S DECLARATION FOR ORDER GRANTING PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS COUNSEL FOR DEFENDANTS

2

1  TRENT J. THORNLEY, ESQ. (SBN 184402)
   LAW OFFICE OF TRENT J. THORNLEY
2  345 Franklin Street, Suite 103
   San Francisco, California 94102
3  Tel: (415) 437-9100
   Fax: (415) 358-5929
4
   KEVIN H. FABRIKANT, ESQ. (Fl. Bar No. 0170070) (Pro Hac Vice Pending)
5  LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
   450 North Park Road, Suite 300
6  Hollywood, Florida 33021
7  Tel: (954) 966-0881
   Fax: (954) 966-0886
8
   Attorneys for Defendants
9

**ENDORSED
FILED**

**MAY 2 9 2007**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11            COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

12

13  ZAP, a California Corporation,                )    Case No: SCV 240277
                                                  )
14              Plaintiff,                        )    [PROPOSED] ORDER GRANTING
                                                  )    APPLICATION FOR PRO HAC VICE
15       vs.                                      )    TO ADMIT KEVIN H. FABRIKANT AS
                                                  )    COUNSEL FOR DEFENDANTS
16  INTERNATIONAL MONETARY GROUP,                 )    INTERNATIONAL MONETARY
    INC., a Delaware Corporation; and MICHAEL     )    GROUP, INC., A Delaware Corporation;
17  C. SCHER d/b/a THE LAW OFFICES OF             )    and MICHAEL C. SCHER d/b/a THE
                                                  )    LAW OFFICES OF MICHAEL C.
18  MICHAEL C. SCHER,                             )    SCHER
                                                  )
19  Defendants.                                   )    Date:
                                                  )    Time:
20                                                )    Dept:
                                                  )
21                                                     Action Filed:
    _____

22      ~~On~~ _____ at _____ ~~a.m.~~ Defendants International Monetary Group, Inc

23  And Michael C. Scher D/B/A The Law Office Of Michael C. Scher. ("Defendants")

24  APPLICATION FOR PRO HAC VICE TO ADMIT KEVIN H. FABRIKANT AS

25  COUNSEL FOR INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C.

26  SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER ("Application") in

27  association with Trent J. Thornley of the Law Office of Trent J. Thornley came regularly for

28  hearing before this Court, ~~Parties were represented by counsel as stated on~~ the record. *through Ex-Parte Application so*

                                              1
ORDER GRANTING APPLICATION OF DEF'S INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C.
            SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER
              FOR ORDER RE: PRO HAC VICE APP. OF KEVIN H. FABRIKANT

1    Having considered the Application and any and all comments received thereon, and

2 finding proof satisfactory to the Court, and good cause shown,

3    IT IS HEREBY ORDERED that the Application is GRANTED in full and KEVIN

4 H. FABRIKANT is admitted to appear before this Court as counsel *pro hac vice* for

5 Defendants INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER,

6 d/b/a THE LAW OFFICE OF MICHAEL C. SCHER,

7 **IT IS SO ORDERED.**

8 DATED: _____**MAY 2 9 2007**_____, 2007    By: ____**GARY NADLER**____

9                                                    JUDGE OF THE SUPERIOR COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER GRANTING APPLICATION OF DEF'S INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C.
SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER
FOR ORDER RE: PRO HAC VICE APP. OF KEVIN H. FABRIKANT