WILLIAM R. HILL, #114954
rock@donahue.com
JOHN C. KIRKE, #175055
johnk@donahue.com
ARIANA SELDMAN HAWBECKER, #190506
ariana@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Plaintiff
ZAP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAP, a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>INTERNATIONAL MONETARY GROUP, INC., a Delaware corporation; MICHAEL C. SCHER dba THE LAW OFFICES OF MICHAEL C. SCHER; and DOES 1 through 10, inclusive.<br><br>            Defendants. | CASE NO. C 07 2689 PJH<br><br>**DECLARATION OF ARIANA SELDMAN HAWBECKER IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR REMAND**<br><br>Date:     July 25, 2007<br>Time:    9:00 a.m.<br>Courtroom: 3, 17th Floor |

I, Ariana Seldman Hawbecker, declare:

1. I am an attorney duly licensed to practice before the courts in this district and am an associate at the law firm of Donahue Gallagher Woods LLP, counsel of record for ZAP.

2. After being informed through a filing service that Defendants had filed a Notice of Removal on or about May 21, 2007, this office prepared a letter to counsel for Defendants. In that letter, we pointed out that ZAP had not been served with a copy of the Notice of Removal and that the removal was untimely and inconsistent with Defendants' actions in State court. We further informed defense counsel that if Defendants would not agree to withdraw their Notice of Removal, ZAP would move to remand. A true and correct copy of the May 25, 2007 letter to counsel for Defendants is attached hereto as Exhibit A.

3. As of my signing of this declaration, ZAP still has not been served with a copy the Notice of Removal.

4. ZAP was never served with a copy of Defendants' Opposition to the Motion to Remand or its supporting papers. Only in response to a telephone call I made to the office of defense counsel did we receive an email copy of the Opposition papers on July 9, 2007. Moreover, despite a request that Defendants provide a copy of the Proof of Service of the Opposition to me, this was never provided.

5. The original Complaint in this action was filed in Sonoma County Superior Court using a "Fax and File" service. This explains why my offices' facsimile number appears on the Summons served on Defendants. I have checked our files and confirmed that we did not fax a copy of the Complaint to IMG on March 1, 2007. The Summons containing our facsimile number instead was provided along with the Complaint to IMG through a Florida registered process server on March 2, 2007.

The foregoing is based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed on the 11th day of July, 2007 at Oakland,
3  California.

_____
ARIANA SELDMAN HAWBECKER

# EXHIBIT A

| | | |
|---|---|---|
| WILFRID F. ROBERGE, JR.*<br>ANDREW W. LAFRENZ<br>GEORGE J. BARRON<br>LAWRENCE K. ROCKWELL<br>ERIC W. DONEY<br>JONATHAN M. WONG<br>JOHN J. COPPINGER<br>WILLIAM R. HILL<br>MICHAEL J. DALTON<br>DOUGLAS A. CROSBY<br>JULIE E. HOFER<br>JONATHAN N. OSDER<br>STEVEN K. LEE<br>ANDREW S. MACKAY<br>JOHN C. KIRKE<br>STEPHEN C. GUSTAVSON<br>BRUCE S. EADS<br>ARIANA S. HAWBECKER<br>SARA M. BRAUN<br>MICHELLE S. SIMMONS<br>ERIC A. HANDLER<br>KATHRYN E. DURHAM-HAMMER<br>PAUL R. CHAVEZ<br>CARRIE N. SCHNEIDER<br>ANNETTE M. KNOX*<br>JARETT A. NIXON<br>JAYNE M. DE YOUNG<br>JOSHUA M. CAPLAN<br>BENJAMIN P. SYZ<br><br>* CERTIFIED SPECIALIST IN ESTATE PLANNING, PROBATE AND TRUST LAW BY THE STATE BAR OF CA BOARD OF LEGAL SPECIALIZATION | LAW OFFICES OF<br>**DONAHUE GALLAGHER WOODS**<br>LLP<br>FOUNDED 1918<br><br>300 LAKESIDE DRIVE<br>SUITE 1900<br>OAKLAND, CALIFORNIA 94612-3570<br><br>MAILING ADDRESS<br>P.O. BOX 12979<br>OAKLAND, CALIFORNIA 94604-2979<br><br>TELEPHONE                FACSIMILE<br>(510) 451-0544         (510) 832-1486<br><br>www.donahue.com | JOSEPH A. WOODS, JR.<br>OF COUNSEL<br><br>BRUCE D. GILLIES<br>OF COUNSEL<br><br>HARRISON S. ROBINSON<br>OF COUNSEL<br><br>WILLIAM H. DONAHUE<br>(1871-1948)<br><br>JAMES E. GALLAGHER<br>(1911-1981)<br><br>MARIN OFFICE<br>591 REDWOOD HIGHWAY<br>SUITE 1200<br>MILL VALLEY, CA 94941<br>(415) 381-4161<br><br>WALNUT CREEK OFFICE<br>1646 NORTH CALIFORNIA BOULEVARD<br>SUITE 310<br>WALNUT CREEK, CA 94596<br>(925) 746-7770<br><br>MONTEREY PENINSULA<br>(831) 372-7740 |

May 25, 2007

**VIA FACSIMILE AND U.S. MAIL**
**(415) 358-5929 and (954) 966-0886**

Kevin H. Fabrikant, Esq.
Kevin H. Fabrikant & Associates, P.L.
450 North Park Road, Suite 300
Hollywood, FL  33021

Trent J. Thornley, Esq.
Law Offices of Trent J. Thornley
345 Franklin Street, Suite 103
San Francisco, CA  94102

    Re:    ZAP v. International Monetary Group, Inc.
            Sonoma County Superior Court, Case No. SCV 24 277

Dear Mr. Fabrikant and Mr. Thornley:

        Pursuant to Mr. Fabrikant's email to me of May 24, 2007, it has come to my attention that defendants International Monetary Group, Inc. ("IMG") and Michael Scher have filed a document entitled Defendants' Notice of Removal and Incorporated Memorandum of Law with the United States District Court for the Northern District of California. By "e-file confirmation," the clerk of the Northern District of California has confirmed that a Notice of Removal was filed on May 21, 2007. I have not yet been served with either the notice filed with the Superior Court for the County of Sonoma, nor with the notice filed with the Northern District of California.

        As we were all taught in law school, Federal law requires that a notice of removal be filed within thirty (30) days after receipt by (or after service on) defendant of a copy of the initial pleading. 28 USC section 1446(b). Defendants were served with the Superior Court Complaint in the above-referenced matter on March 2 and March 5, 2007, which is more than seventy (70) days prior to the filing of the Notice of Removal. Defendants' further acknowledged receipt of

Kevin H. Fabrikant, Esq.
Trent J. Thornley, Esq.
May 25, 2007
Page 2

the complaint through the following: filing (or attempting to file) (1) a request for continuance on March 31 and April 13, 2007; (2) a motion to be admitted pro hac vice on April 5, 2007, and (3) a motion to quash in early April 2007. All of these filings occurred more than thirty (30) days prior to filing the Notice of Removal.

If this weren't enough, you have also advised me that defendants have filed a separate civil action against ZAP and its CEO Steven Schneider in state court in Florida. The timing of these two events – the attempt to remove the Sonoma County Superior Court case and the filing of a new action in Florida – do not appear to be unrelated and can only lead to the conclusion that they are part of a series of events taken in bad faith and with knowledge of the rules violations in order to obtain a tactical advantage in the present dispute between the parties.

Accordingly, it is difficult to see precisely how you have complied with Rule 11 of the Federal Rules of Civil Procedure in signing the Notice of Removal and filing same with the court. Unless your Notice of Removal is withdrawn by the end of next week, and the federal case dismissed, we shall file a motion to remand based on the passage of more than thirty (30) days prior to the petition to remove, and we shall further file a motion for sanctions under Rule 11.

Very truly yours,

William R. Hill

WRH:ccg

LAW OFFICES OF
# DONAHUE GALLAGHER WOODS LLP
FOUNDED 1918

**MILL VALLEY OFFICE**
SHELTERPOINT
591 REDWOOD HIGHWAY
SUITE 1200
MILL VALLEY, CA 94941
(415) 381-4161

300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CALIFORNIA 94612-3570

MAILING ADDRESS:
P.O. BOX 12979
OAKLAND, CALIFORNIA 94604-2979

TELEPHONE: (510) 451-0544
FACSIMILE: (510) 832-1486

**WALNUT CREEK OFFICE**
GROWERS SQUARE
1646 NORTH CALIFORNIA BOULEVARD
SUITE 310
WALNUT CREEK, CA 94596
(925) 746-7770

## FACSIMILE COVER SHEET

**DATE:** May 25, 2007

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Trent J. Thornley, Esq.<br>Law Offices of Trent J. Thornley | (415) 358-5929 | |

**FROM:** William R. Hill

| PAGES INCLUDING COVER PAGE: | 3 | Original Will Follow By Regular Mail |
|---|---|---|

**RE:** ZAP v. International Monetary Group, Inc.
Sonoma County Superior Court, Case No. SCV 24 277

**MESSAGE:**

Please see the attached.

**IMPORTANT NOTICE**

THE INFORMATION CONTAINED IN THIS COMMUNICATION, IS: (I) LEGALLY PROTECTED PURSUANT TO THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. § 2510, ET SEQ., INTER ALIA, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION; (II) NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER; AND (III) ONLY FOR THE USE OF THE INTENDED RECIPIENT(S). IF YOU KNOW OR HAVE ANY REASON TO BELIEVE THAT YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS COMMUNICATION IS PROHIBITED AND YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY COLLECT TELEPHONE CALL. ANY COMMUNICATION YOU SEND TO OR RECEIVE FROM THIS FIRM WILL NOT BE PRIVILEGED IN THE ABSENCE OF AN ATTORNEY-CLIENT RELATIONSHIP WITH THIS FIRM. YOUR RECEIPT OF THIS COMMUNICATION NEITHER WAIVES ANY PRIVILEGE OR CONFIDENCE NOR CREATES ANY ATTORNEY-CLIENT RELATIONSHIP. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
CANDI GARRETSON AT (510) 451-0544 AS SOON AS POSSIBLE.

LAW OFFICES OF
# DONAHUE GALLAGHER WOODS LLP
FOUNDED 1918

| | | |
|---|---|---|
| **MILL VALLEY OFFICE**<br>SHELTERPOINT<br>591 REDWOOD HIGHWAY<br>SUITE 1200<br>MILL VALLEY, CA 94941<br>(415) 381-4161 | 300 LAKESIDE DRIVE<br>SUITE 1900<br>OAKLAND, CALIFORNIA 94612-3570<br><br>MAILING ADDRESS:<br>P.O. BOX 12979<br>OAKLAND, CALIFORNIA 94604-2979<br><br>TELEPHONE: (510) 451-0544<br>FACSIMILE: (510) 832-1486 | **WALNUT CREEK OFFICE**<br>GROWERS SQUARE<br>1646 NORTH CALIFORNIA BOULEVARD<br>SUITE 310<br>WALNUT CREEK, CA 94596<br>(925) 746-7770 |

## FACSIMILE COVER SHEET

**DATE:** May 25, 2007

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Kevin H. Fabrikant<br>Kevin H. Fabrikant & Associates, P.L. | (954) 966-0886 | |

**FROM:** William R. Hill

| PAGES INCLUDING COVER PAGE: | 3 | Original Will Follow By Regular Mail |
|---|---|---|

**RE:** ZAP v. International Monetary Group, Inc.
Sonoma County Superior Court, Case No. SCV 24 277

**MESSAGE:**

Please see the attached.

---

**IMPORTANT NOTICE**

THE INFORMATION CONTAINED IN THIS COMMUNICATION, IS: (I) LEGALLY PROTECTED PURSUANT TO THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. § 2510, ET SEQ., INTER ALIA, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION; (II) NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER; AND (III) ONLY FOR THE USE OF THE INTENDED RECIPIENT(S). IF YOU KNOW OR HAVE ANY REASON TO BELIEVE THAT YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS COMMUNICATION IS PROHIBITED AND YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY COLLECT TELEPHONE CALL. ANY COMMUNICATION YOU SEND TO OR RECEIVE FROM THIS FIRM WILL NOT BE PRIVILEGED IN THE ABSENCE OF AN ATTORNEY-CLIENT RELATIONSHIP WITH THIS FIRM. YOUR RECEIPT OF THIS COMMUNICATION NEITHER WAIVES ANY PRIVILEGE OR CONFIDENCE NOR CREATES ANY ATTORNEY-CLIENT RELATIONSHIP. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
CANDI GARRETSON AT (510) 451-0544 AS SOON AS POSSIBLE.

## MEMORY TRANSMISSION REPORT

```
                              PAGE       : 001
                              TIME       : MAY-25-07  04:36PM
                              TEL NUMBER1: 510 832 1486
                              NAME       : DONAHUE - GALLAGHER C
```

| | |
|---|---|
| FILE NUMBER | : 247 |
| DATE | : MAY-25 04:34PM |
| TO | : ☎919549660886 |
| DOCUMENT PAGES | : 003 |
| START TIME | : MAY-25 04:34PM |
| END TIME | : MAY-25 04:36PM |
| SENT PAGES | : 003 |
| STATUS | : OK |
| FILE NUMBER | : 247 |

### *** SUCCESSFUL TX NOTICE ***

**LAW OFFICES OF**
**DONAHUE GALLAGHER WOODS LLP**
FOUNDED 1918

300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CALIFORNIA 94612-3570
MAILING ADDRESS:
P.O. BOX 12979
OAKLAND, CALIFORNIA 94604-2979
TELEPHONE: (510) 451-0544
FACSIMILE: (510) 832-1486

MILL VALLEY OFFICE
SHELTERPOINT
591 REDWOOD HIGHWAY
SUITE 1200
MILL VALLEY, CA 94941
(415) 381-4181

WALNUT CREEK OFFICE
GROWERS SQUARE
1646 NORTH CALIFORNIA BOULEVARD
SUITE 310
WALNUT CREEK, CA 94596
(925) 746-7770

### FACSIMILE COVER SHEET

**DATE:** May 25, 2007

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Kevin H. Fabrikant | (954) 966-0886 | |
| Kevin H. Fabrikant & Associates, P.L. | | |

**FROM:** William R. Hill

| PAGES INCLUDING COVER PAGE: | 3 | Original Will Follow By Regular Mail |
|---|---|---|

**RE:** ZAP v. International Monetary Group, Inc.
Sonoma County Superior Court, Case No. SCV 24 277

**MESSAGE:**

Please see the attached.

**IMPORTANT NOTICE**
THE INFORMATION CONTAINED IN THIS COMMUNICATION, IS: (I) LEGALLY PROTECTED PURSUANT TO THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. § 2510, ET SEQ., INTER ALIA, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION; (II) NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER; AND (III) ONLY FOR THE USE OF THE INTENDED RECIPIENT(S). IF YOU KNOW OR HAVE ANY REASON TO BELIEVE THAT YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS COMMUNICATION IS PROHIBITED AND YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY COLLECT TELEPHONE CALL. ANY COMMUNICATION YOU SEND TO OR RECEIVE FROM THIS FIRM WILL NOT BE PRIVILEGED IN THE ABSENCE OF AN ATTORNEY-CLIENT RELATIONSHIP WITH THIS FIRM. YOUR RECEIPT OF THIS COMMUNICATION NEITHER WAIVES ANY PRIVILEGE OR CONFIDENCE NOR CREATES ANY ATTORNEY-CLIENT RELATIONSHIP. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL CANDI GARRETSON AT (510) 451-0544 AS SOON AS POSSIBLE.**

## MEMORY TRANSMISSION REPORT

```
                              PAGE       : 001
                              TIME       : MAY-25-07  04:37PM
                              TEL NUMBER1: 510 832 1486
                              NAME       : DONAHUE - GALLAGHER C
```

| | |
|---|---|
| FILE NUMBER | : 248 |
| DATE | : MAY-25 04:35PM |
| TO | : ☎914153585929 |
| DOCUMENT PAGES | : 003 |
| START TIME | : MAY-25 04:36PM |
| END TIME | : MAY-25 04:37PM |
| SENT PAGES | : 003 |
| STATUS | : OK |
| FILE NUMBER | : 248 |

### *** SUCCESSFUL TX NOTICE ***

---

LAW OFFICES OF
# DONAHUE GALLAGHER WOODS LLP
FOUNDED 1918

MILL VALLEY OFFICE
SHELTERPOINT
591 REDWOOD HIGHWAY
SUITE 1200
MILL VALLEY, CA 94941
(415) 381-4161

300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CALIFORNIA 94612-3570
MAILING ADDRESS:
P.O. BOX 12979
OAKLAND, CALIFORNIA 94604-2979
TELEPHONE: (510) 451-0544
FACSIMILE: (510) 832-1486

WALNUT CREEK OFFICE
GROWERS SQUARE
1846 NORTH CALIFORNIA BOULEVARD
SUITE 310
WALNUT CREEK, CA 94596
(925) 746-7770

## FACSIMILE COVER SHEET

**DATE:** May 25, 2007

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Trent J. Thornley, Esq. Law Offices of Trent J. Thornley | (415) 358-5929 | |

**FROM:** William R. Hill

| PAGES INCLUDING COVER PAGE: | 3 | Original Will Follow By Regular Mail |
|---|---|---|

**RE:** ZAP v. International Monetary Group, Inc.
Sonoma County Superior Court, Case No. SCV 24 277

**MESSAGE:**

Please see the attached.

---

**IMPORTANT NOTICE**

THE INFORMATION CONTAINED IN THIS COMMUNICATION, IS: (I) LEGALLY PROTECTED PURSUANT TO THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. § 2510, ET SEQ., INTER ALIA, AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION; (II) NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER; AND (III) ONLY FOR THE USE OF THE INTENDED RECIPIENT(S). IF YOU KNOW OR HAVE ANY REASON TO BELIEVE THAT YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS COMMUNICATION IS PROHIBITED AND YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY COLLECT TELEPHONE CALL. ANY COMMUNICATION YOU SEND TO OR RECEIVE FROM THIS FIRM WILL NOT BE PRIVILEGED IN THE ABSENCE OF AN ATTORNEY-CLIENT RELATIONSHIP WITH THIS FIRM. YOUR RECEIPT OF THIS COMMUNICATION NEITHER WAIVES ANY PRIVILEGE OR CONFIDENCE NOR CREATES ANY ATTORNEY-CLIENT RELATIONSHIP. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
CANDI GARRETSON AT (510) 451-0544 AS SOON AS POSSIBLE.