TRENT J. THORNLEY, ESQ. (SBN 184402)
LAW OFFICE OF TRENT J. THORNLEY
345 Franklin Street, Suite 103
San Francisco, California 94102
Tel: (415) 437-9100
Fax: (415) 358-5929

KEVIN H. FABRIKANT, ESQ. (Fl. Bar No. 0170070) (Pro Hac Vice Pending)
LAW OFFICES OF KEVIN H. FABRIKANT & ASSOC. P.L.
450 North Park Road, Suite 300
Hollywood, Florida 33021
Tel: (954) 966-0881
Fax: (954) 966-0886

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAP, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MONETARY GROUP, INC., a Delaware Corporation; and MICHAEL C. SCHER d/b/a THE LAW OFFICES OF MICHAEL C. SCHER,<br><br>Defendants. | Case No: CV 07-02689 PJH<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

KEVIN H. FABRIKANT, an active member in good standing of the bar of Florida whose business address and telephone number is 450 NORTH PARK ROAD, SUITE 300, HOLLYWOOD, FL 33021, (954) 966-0881, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C. SCHER, d/b/a THE LAW OFFICE OF MICHAEL C. SCHER,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated to the requirements contained in General Order NO. 45, *Electronic Case Filing*.

1

ORDER GRANTING APPLICATION OF DEF'S INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C.
SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER
FOR ORDER RE: PRO HAC VICE APP. OF KEVIN H. FABRIKANT
Case No. CV 07-02689 PJH

1 | DATED: July 13, 2007    By: _____
2 | U.S. DISTRICT JUDGE

2

ORDER GRANTING APPLICATION OF DEF'S INTERNATIONAL MONETARY GROUP, INC AND MICHAEL C.
SCHER d/b/a THE LAW OFFICE OF MICHAEL C. SCHER
FOR ORDER RE: PRO HAC VICE APP. OF KEVIN H. FABRIKANT
Case No. CV 07-02689 PJH