1  WILLIAM R. HILL, #114954
   rock@donahue.com
2  JOHN C. KIRKE, #175055
   johnk@donahue.com
3  ARIANA SELDMAN HAWBECKER, #190506
   ariana@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
6  P.O. Box 12979
   Oakland, California 94604-2979
7  Telephone:   (510) 451-0544
   Facsimile:    (510) 832-1486
8
   Attorneys for Plaintiff
9  ZAP

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | ZAP, a California corporation,              | CASE NO. C 07 2689 PJH
14 |              Plaintiff,                     | **STIPULATION TO REMAND**
15 |      v.
16 | INTERNATIONAL MONETARY
   | GROUP, INC., a Delaware corporation;
17 | MICHAEL C. SCHER dba THE LAW
   | OFFICES OF MICHAEL C. SCHER; and
18 | DOES 1 through 10, inclusive.
19 |              Defendants.

20
21
22
23
24
25
26
27
28

1  Plaintiff ZAP and defendants International Monetary Group, Inc. and Michael C. Scher,
2  by and through their attorneys of record, stipulate that this case be remanded to the Sonoma
3  County Superior Court. The parties further agree to bear their own attorneys' fees and costs
4  associated with the removal and remand to waive their right to seek sanctions from the opposing
5  party and its attorneys relating to removal or remand.

Dated: July 13, 2007                     DONAHUE GALLAGHER WOODS LLP

                                         By: _____William R. Hill_____
                                             William R. Hill
                                             Attorneys for Plaintiff
                                             ZAP

Dated: July 17, 2007                     LAW OFFICES OF KEVIN H. FABRIKANT &
                                         ASSOC., P.L.

                                         By: _____Trent Thornley_____
                                             Trent Thornley
                                             Attorneys for Defendants
                                             INTERNATIONAL MONETARY GROUP and
                                             MICHAEL C. SCHER

IT IS SO ORDERED

Dated: July ___, 2007


                                         _____
                                         THE HONORABLE PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT COURT JUDGE