1  WILLIAM R. HILL, #114954
   rock@donahue.com
2  JOHN C. KIRKE, #175055
   johnk@donahue.com
3  ARIANA SELDMAN HAWBECKER, #190506
   ariana@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
6  P.O. Box 12979
   Oakland, California 94604-2979
7  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
8
   Attorneys for Plaintiff
9  ZAP

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  ZAP, a California corporation,          CASE NO. C 07 2689 PJH

14          Plaintiff,                      **STIPULATION TO REMAND**
                                            AND ORDER
15     v.

16  INTERNATIONAL MONETARY
    GROUP, INC., a Delaware corporation;
17  MICHAEL C. SCHER dba THE LAW
    OFFICES OF MICHAEL C. SCHER; and
18  DOES 1 through 10, inclusive.

19          Defendants.

1  Plaintiff ZAP and defendants International Monetary Group, Inc. and Michael C. Scher,
2  by and through their attorneys of record, stipulate that this case be remanded to the Sonoma
3  County Superior Court. The parties further agree to bear their own attorneys' fees and costs
4  associated with the removal and remand to waive their right to seek sanctions from the opposing
5  party and its attorneys relating to removal or remand.

Dated: July 13, 2007          DONAHUE GALLAGHER WOODS LLP

By: ___William R. Hill___
William R. Hill
Attorneys for Plaintiff
ZAP

Dated: July 17, 2007          LAW OFFICES OF KEVIN H. FABRIKANT &
                              ASSOC., P.L.

By: _____
Trent Thornley
Attorneys for Defendants
INTERNATIONAL MONETARY GROUP and
MICHAEL C. SCHER

IT IS SO ORDERED

Dated: July 23, 2007

_____
THE HONORABLE J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-1-