**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 16, 2005

Sonoma County Superior Court of California
600 Administration Drive
Santa Rosa, CA 95403

RE:  CV 07-2689 PJH, Zap v. International Monetary Group Inc., et al.
     **Your Case Number: (SCV-240277)**

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Felicia Reloba
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg